OFFICE OF DISCIPLINARY COUNSEL *v.* PHILLIPS.

[Cite as *Disciplinary Counsel v. Phillips* (1998), 81 Ohio St.3d 80.]

(No. 97–1810—Submitted October 7, 1997—Decided February 18, 1998.)

*Jonathan E. Coughlan,* Disciplinary Counsel, and *Sally Ann Steuk,* Assistant Disciplinary Counsel, for relator.

*Per Curiam.* We adopt the findings, conclusions, and recommendations of the board. Respondent is hereby disbarred from the practice of law in Ohio. Costs taxed to respondent.

*Judgment accordingly.*

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.